# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 28, 2022

Lyle W. Cayce
Clerk

No. 20-40733
Summary Calendar

Quincy Nelson,

*Plaintiff—Appellant*,

*versus*

Billy Thompson; Steven Edwards; Clinton Ard;
Muhammad Tohummy; Hillary Matthews;
Terry Andrews; Charlotte Mattox; Erika Pate,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
No. 9:20-CV-48

Before Smith, Stewart, and Graves, *Circuit Judges*.
Per Curiam:[*]

Quincy Nelson, Texas prisoner #1550092, seeks to appeal the denial of the appointment of counsel in the district court. We dismiss the appeal for want of jurisdiction because Nelson's notices of appeal do not correspond to

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40733

any appealable decision.    An interlocutory order denying counsel in a 42 U.S.C. § 1983 action is not immediately appealable. *See Williams v. Catoe*, 946 F.3d 278, 279–81 (5th Cir. 2020) (en banc).    We also note that, thus far, the only order denying the appointment of counsel is the magistrate judge's January 13, 2021, order, which was issued after all of Nelson's notices of appeal. *See Butler v. Porter*, 999 F.3d 287, 297 (5th Cir. 2021), *cert. denied*, 142 S. Ct. 766 (2022); *Fiess v. State Farm Lloyds*, 392 F.3d 802, 806–07 (5th Cir. 2004).

The appeal is DISMISSED for want of jurisdiction.    Nelson's motions for counsel on appeal, an injunction pending appeal, and relocation from his prison are DENIED.